UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

JOSE DOMINGUEZ MENAS,

          Movant,

-against-

UNITED STATES OF AMERICA,

          Respondent.
———————————————————X

**CIVIL JUDGMENT**

08 Civ. 1610 (KMW)

SCANNED

    Pursuant to the order issued __MAY 3 0 2008__ by the Honorable Kimba M. Wood, Chief Judge, dismissing this action without prejudice, it is,

    ORDERED, ADJUDGED AND DECREED: That this action is hereby dismissed without prejudice. As Movant has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                      */s/ Wood*
                                      KIMBA M. WOOD
                                      Chief Judge

Dated: MAY 3 0 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.